IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OTIS STRINGFELLOW                                                          PLAINTIFF

VS.                                         CIVIL ACTION NO. 3:05CV348WHB-AGN

THE CITY OF LEXINGTON, MISSISSIPPI,
THE CITY OF LEXINGTON, MISSISSIPPI
DEMOCRATIC EXECUTIVE COMMITTEE,
and THE CITY OF LEXINGTON, MISSISSIPPI
ELECTION COMMISSION                                                       DEFENDANTS

### JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter came on for hearing on the motion of all parties for a dismissal of this action, and the Court being advised that this matter has been fully compromised and settled, it is hereby finally ORDERED AND ADJUDGED that:

1. This civil action and all claims of the Plaintiff, Otis Stringfellow, individually, against the Defendants, The City of Lexington, Mississippi, The City of Lexington, Mississippi Democratic Executive Committee, and The City of Lexington, Mississippi Election Commission, have been fully and finally compromised and settled; and

2. This civil action is hereby fully and finally dismissed on the merits with prejudice, and each party shall pay his and their respective court costs incurred herein.

SO ORDERED AND ADJUDGED this the 9th day of March, 2006.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:


____s/ John R. Reeves_____
John R. Reeves (MS Bar No. 4699)
Attorney for Plaintiff



____s/ Alexander A. Alston, Jr._____
Alex A. Alston, Jr. (MS Bar No. 1543)
Attorney for Defendants